UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ATTPRO RRG RECIPROCAL RISK RETENTION GROUP,<br><br>Plaintiff,<br>v.<br><br>STEPHEN AIDEN TELLER AND HIS MARITAL COMMUNITY WITH JANE DOE TELLER, *et al.*,<br><br>Defendants. | CASE NO. C19-1812-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for an extension of time for Defendants to respond to Plaintiff's complaint (Dkt. No. 10). Having thoroughly considered the motion and the relevant record, and finding good cause, the Court hereby GRANTS the motion. Defendants shall file their answer or responsive pleading to Plaintiff's complaint no later than February 14, 2020.

//

//

//

1       DATED this 24th day of January 2020.

William M. McCool  
Clerk of Court

s/Tomas Hernandez  
Deputy Clerk