THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ATTPRO RRG RECIPROCAL RISK RETENTION GROUP,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN AIDEN TELLER AND HIS MARITAL COMMUNITY WITH JANE DOE TELLER *et al.*,<br><br>Defendants. | CASE NO. C19-1812-JCC<br><br>ORDER |

This matter comes before the Court on the parties' stipulated motion to set aside prior order (Dkt. No. 18) and stipulated motion for dismissal with prejudice (Dkt. No. 16). Having thoroughly considered the motions and the relevant record, the Court hereby ORDERS as follows:

1. Pursuant to Federal Rules of Civil Procedure 60(b)(1) and 60(b)(6), the parties' stipulated motion to set aside prior order (Dkt. No. 18) is GRANTED. The Court hereby WITHDRAWS its order granting Defendants' motion to dismiss for lack of subject matter jurisdiction (Dkt. No. 15) and VACATES its judgment dismissing the case for lack of subject matter jurisdiction (Dkt. No. 17).

2. The parties have filed a stipulation and proposed order of dismissal (Dkt. No. 16).

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

DATED this 24th day of April 2020.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE